# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MEL MARIN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-4594** |
| | : | |
| **WPVI-TV/6ABC,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 18th day of October, 2024, upon consideration of Plaintiff Mel Marin's *pro se* Complaint (ECF No. 2) and Motion for Emergency Judgment on the Pleadings (ECF No. 7) it is **ORDERED** that:

1. The case is **DISMISSED WITHOUT PREJUDICE** as discussed in the Court's Memorandum.

2. The Motion is **DENIED**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, J.**